UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN COOPER, #431833,

        Petitioner,

v.                                                CASE NO. 08-CV-10868
                                                 HONORABLE GEORGE CARAM STEEH

MILLICENT WARREN,

        Respondent.

_____/

**ORDER DENYING MOTIONS FOR A CERTIFICATE OF APPEALABILITY
AND FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

     This matter is before the Court on Petitioner's motions for a certificate of appealability and for leave to proceed *in forma pauperis* on appeal regarding the Court's denial of his petition for a writ of habeas corpus. The Court, however, denied a certificate of appealability and denied leave to proceed *in forma pauperis* on appeal in its opinion and order denying the petition. The Court finds no reason to reconsider that decision. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly, the Court **DENIES** Petitioner's motions.

Dated: March 24, 2010

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 24, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk